IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN KERR a/k/a "Allah",<br>　　Plaintiff<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant | :<br>:<br>:　No. 1:22-cv-00357<br>:<br>:　(Judge Rambo)<br>:<br>:<br>: |

### ORDER

**AND NOW**, on this 22nd day of March 2022, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

2. Plaintiff may file an amended complaint against Defendant in accordance with the standards set forth in the Memorandum accompanying this Order;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form;

4. Plaintiff shall title that complaint form "Amended Complaint" and shall include the docket number for this case, 1:22-cv-00357; and

5. If Plaintiff fails to file an amended complaint within thirty **(30) days** of the date of this Order, then this action will be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　s/ Sylvia H. Rambo
　　　　　　　　　　　　　　　　　　SYLVIA H. RAMBO
　　　　　　　　　　　　　　　　　　United States District Judge