IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN KERR a/k/a "Allah",<br>    Plaintiff | : <br> : <br> : | |
| | : | No. 1:22-cv-00357 |
| v. | : <br> : | |
| | : | (Judge Rambo) |
| UNITED STATES OF AMERICA,<br>    Defendant | : <br> : | |

## ORDER

**AND NOW**, on this 4th day of May 2022, upon consideration of Plaintiff's amended complaint, and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 6) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1);

2. Plaintiff may file a second amended complaint in accordance with the standards set forth in the Memorandum accompanying this Order. Plaintiff is advised that the second amended complaint must be complete in all respects. It must be a new pleading that stands by itself without reference to the original complaint, amended complaint, or any other document already filed. The second amended complaint must set forth Plaintiff's claims in short, concise, and plain statements, as required by Rule 8 of the Federal Rules of Civil Procedure. Each paragraph should be numbered. Plaintiff is cautioned that neither conclusory allegations nor broad, vague, or unintelligible allegations will set forth a cognizable claim. Plaintiff is further cautioned that if he is unable to satisfy these pleading requirements, his second amended complaint may be dismissed without any further leave to amend;

3. The Clerk of Court is directed to mail Plaintiff a civil rights complaint form;

4. Plaintiff shall title that complaint form "Second Amended Complaint" and shall include the docket number for this case, 1:22-cv-00357; and

5. If Plaintiff fails to file an amended complaint within thirty **(30) days** of the date of this Order, then this action will be subject to dismissal for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
